IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY JOHN BEASLEY

    Petitioner,               No. 2:08-cv-0086-JAM-JFM (HC)

    vs.

ROBERT A. HOREL, et al.,

    Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a request for an extension of time to file a request for a certificate of appealability and a notice of appeal from the judgment entered in this action on October 9, 2008. Rule 4(a)(5) of the Federal Rules of Appellate Procedure provides that the district court may, on motion of a party, extend the time for filing a notice of appeal under certain circumstances. Specifically, the district court may grant a motion to extend the time for filing a notice of appeal "if two requirements are met: (1) the motion for the extension of time is filed no later than 30 days after the expiration of the original appeal period; and (2) the moving party makes a sufficient showing of 'excusable neglect or good cause' for not meeting the original deadline." Alaska Limestone Corp. v. Hodel, 799 F.2d 1409, 1411 (9th Cir. 1986) (quoting Fed.R.App.P. 4(a)(5)).

/////

1

Petitioner's request was filed within thirty days of the entry of judgment herein and is therefore timely. After review of the request, the court also finds that petitioner has made a sufficient showing of good cause for the request. Accordingly, the request will be granted. In accordance with the requirements of Fed. R. Civ. P. 4(a)(5)(C), petitioner will be granted a period of ten days from the date of this order in which to file his notice of appeal and request for a certificate of appealability.[1]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's October 27, 2008 request for extension of time is granted; and

2. Petitioner is granted ten days from the date of this order in which to file and serve a notice of appeal and a request for a certificate of appealability.

DATED: December 2, 2008.

*[Signature]*
UNITED STATES MAGISTRATE JUDGE

12
beas0086.ext

---

[1] Petitioner's notice of appeal was due 30 days after entry of judgment in this action, or on or about November 10, 2008. See Fed. R. App. P. 4(a)(1)(A); Fed. R. Civ. P. 6(a)(3). Pursuant to Fed. R. App. P. 4(a)(5)(C), an extension of time to file a notice of appeal may not exceed thirty days after the original time for filing a notice of appeal, or ten days after the order granting the extension is filed, whichever is later.