IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY JOHN BEASLEY,

        Petitioner,                  No. 2:08-cv-0086-JAM-JFM (HC)

    vs.

ROBERT A. HOREL,

        Respondents.             <u>ORDER</u>

                                /

        Petitioner, a state prisoner proceeding pro se, has timely[1] filed a notice of appeal of this court's October 9, 2008 denial of his application for a writ of habeas corpus together with a motion for a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

---

[1] Petitioner sought and received an extension of time to file a notice of appeal and a request for certificate of appealability. <u>See</u> Order filed December 3, 2008. Petitioner's notice of appeal and motion for certificate of appealability were filed on December 1, 2008 and are timely under the provisions of the December 3, 2008 order.

1

For the reasons set forth in the magistrate judge's May 29, 2008 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability should not issue in this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's December 1, 2008 motion for a certificate of appealability is denied; and

2. The Clerk of the Court is directed to process petitioner's appeal to the United States Court of Appeals for the Ninth Circuit.

DATED:  2/13/2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/beas0086.830den

2